# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH    DIVISION

| | | |
|---|---|---|
| PHILLIP O'DELL, | ) | |
| as assignee of Roland B. Mahoney and | ) | |
| Sandra R. Mahoney, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.   CV413-139 |
| | ) | |
| PACIFIC INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Court having reviewed and considered the petitions of H. Michael Bagley and J. Benson Ward of the law firm of Drew, Eckl & Farnham, LLP, 880 W. Peachtree Street, P.O. Box 7600, Atlanta, Georgia 30357, for permission to appear pro hac vice on behalf of defendant Pacific Indemnity Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter H. Michael Bagley and J. Benson Ward as counsel of record for defendant Pacific Indemnity Company, in this case.

**SO ORDERED** this   17th   day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA