UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PHILLIP O'DELL,
*as assignee of Roland B. Mahoney and Sandra R. Mahoney*,

    Plaintiff,

v.

PACIFIC INDEMNITY COMPANY,

    Defendant.

Case No. CV413-139

## O R D E R

The Court having reviewed and considered the petitions of H. Michael Bagley and J. Benson Ward of the law firm of Drew, Eckl & Farnham, LLP, 880 W. Peachtree Street, P.O. Box 7600, Atlanta, Georgia 30357, for permission to appear pro hac vice on behalf of defendant Pacific Indemnity Company, in the above-captioned case,

Said request is hereby **GRANTED** and the Clerk is **DIRECTED** to enter H. Michael Bagley and J. Benson Ward as counsel of record for defendant Pacific Indemnity Company, in this case.

**SO ORDERED** this __17th__ day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA