# United States District Court
## Southern District of Georgia

PHILLIP O'DELL, as assignee)
of Roland B. Mahoney and)
Sandra R. Mahoney,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV413-139

PACIFIC INDEMNITY COMPANY,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 22, 2014, granting Defendant's Motion for Summary Judgment; dismissing this case. This action stands closed.

September 22, 2014
Date

Scott L. Poff
Clerk

(By) Deputy Clerk